**LANDMARK BANK, Plaintiff–Respondent,**

v.

**Emerson SUTTON, Defendant–Appellant.**

No. 60424.

Missouri Court of Appeals,
Eastern District,
Division Three.

March 10, 1992.

Rehearing Denied April 8, 1992.

Emerson Sutton, Maplewood, for defendant-appellant.

Robert M. Susman, St. Louis, for plaintiff-respondent.

## ORDER

PER CURIAM.

Appellant, Emerson Sutton, failed to appear for oral argument and his appeal from a judgment of revival of a judgment and a judgment for sanctions was submitted on the parties brief.

Judgment affirmed. Rule 84.16(b).